JS-6

**United States District Court**
**Central District of California**

ANTHONY BOUYER,

        Plaintiff,

        v.

VALENCIA MARKETPLACE I,
LLC, et al.,

        Defendants.

Case No. CV 20-10345-VAP-JCx

**ORDER OF DISMISSAL**

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement.  All pending dates are hereby vacated.

Dated:  February 8, 2021

VIRGINIA A. PHILLIPS
United States District Judge

1